# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-7106**                         **September Term, 2022**

1:20-cv-01227-RCL

Filed On: August 11, 2023 [2012106]

Allan Roberts, et al.,

       Appellees

Bethan Johnson, et al.,

       Appellants

    v.

Islamic Republic of Iran,

       Appellee

### **O R D E R**

The notice of appeal was filed on August 7, 2023, and docketed in this court on August 11, 2023. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 11, 2023 |
| Docketing Statement Form | September 11, 2023 |
| Entry of Appearance Form | September 11, 2023 |
| Procedural Motions, if any | September 11, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 11, 2023 |
| Statement of Issues to be Raised | September 11, 2023 |
| Transcript Status Report | September 11, 2023 |
| Underlying Decision from Which Appeal Arises | September 11, 2023 |
| Dispositive Motions, if any | September 25, 2023 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-7106**  September Term, 2022

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 11, 2023 |
| Entry of Appearance Form | September 11, 2023 |
| Procedural Motions, if any | September 11, 2023 |
| Dispositive Motions, if any | September 25, 2023 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                               BY:    /s/
                                            Scott H. Atchue
                                            Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)