# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALLAN ROBERTS et al., ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | Case No. 23-7106 |
| ) | |
| ISLAMIC REPUBLIC OF IRAN et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

## STATEMENT OF ISSUES TO BE RAISED

As directed by the Court's Order filed August 11, 2023 [2012106], appellants Allan Roberts et al. ("Plaintiffs-Appellants") hereby submit the following as the nonbinding statement of issues to be raised in this case:

1. Whether state-law claims brought by the foreign-citizen family members of victims of terrorist attacks to recover for emotional distress in a Foreign Sovereign Immunities Act case brought against a state sponsor of terrorism should be decided under the law of the place of the attack, the law of each plaintiff's domicile, or the law of the District of Columbia.

2. If the ruling below as to the choice of law analysis is upheld, whether the trial court acted appropriately by disregarding Plaintiffs-Appellants' uncontroverted expert report and finding that Plaintiffs-Appellants' are unable to recover under English law.

                                                          Respectfully submitted,

                                                          __/s/ Kevin A. Hoffman_____
                                                          Randy D. Singer, Esq. (DCD Bar No. VA057)
                                                          Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
                                                          Maryam M. Atty, Esq. (DCD Bar No. VA137)
                                                          SINGER DAVIS, LLC
                                                          1209A Laskin Road
                                                          Virginia Beach, VA 23451

Phone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
Email: maryam.atty@singerdavis.law
*Counsel for Plaintiffs*