**No. 23-7106**                          **September Term, 2023**

1:20-cv-01227-RCL

Filed On: March 26, 2024 [2046832]

Allan Roberts, et al.,

        Appellees

Bethan Johnson, et al.,

        Appellants

        v.

Islamic Republic of Iran,

        Appellee

## O R D E R

Upon consideration of appellant's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the issuance of this court's mandate in <u>Eli M. Borochov, et al. v. Islamic Republic of Iran, et al.</u>, No. 22-7058 (decided Mar. 8, 2024).

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:    /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk