# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-7106                                      September Term, 2023

1:20-cv-01227-RCL

Filed On: August 1, 2024 [2067837]

Allan Roberts, et al.,

        Appellees

Bethan Johnson, et al.,

        Appellants

    v.

Islamic Republic of Iran,

        Appellee

## O R D E R

Upon consideration of appellants' second unopposed motion to continue to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case continues to remain in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case by October 1, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk