# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7106**      **September Term, 2024**

1:20-cv-01227-RCL

**Filed On: February 3, 2025** [2098105]

Allan Roberts, et al.,

    Appellees

Bethan Johnson, et al.,

    Appellants

    v.

Islamic Republic of Iran,

    Appellee

## O R D E R

Upon consideration of appellants' fifth unopposed motion to continue to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case continues to remain in abeyance pending further order of the court.

The appellants are directed to file motions to govern future proceedings in this case by April 1, 2025.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                        BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk