# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALLAN ROBERTS et al., ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | Case No. 23-7106 |
| ) | |
| ISLAMIC REPUBLIC OF IRAN et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

## PLAINTIFFS-APPELLANTS' SIXTH UNOPPOSED MOTION TO CONTINUE HOLDING CASE IN ABEYANCE

NOW COME the appellants, Allan Roberts et al., by counsel, and hereby move this Court to continue holding in abeyance all proceedings in this matter, including the briefing schedule, for an additional sixty (60) days, and in support thereof, state as follows:

1. This appeal was brought by ten foreign citizen family members ("Plaintiffs-Appellants") of three United States government contractors that were severely injured while on duty in Iraq in March 2010.

2. On June 3, 2024, this Court granted an unopposed request to hold this case in abeyance for sixty (60) days, awaiting the potential filing of a petition for writ of certiorari in the pending *Borochov v. Islamic Republic of Iran* appeal.

3. On July 17, 2024, the Supreme Court of the United States granted an extension of the time for the *Borochov* plaintiffs to file their petition for a writ of certiorari until September 9, 2024. *See Borochov v. Islamic Republic of Iran*, Case No. 22-7058, Doc. No. 2066078. As a result, on August 1, 2024, this Court granted a second unopposed request to hold this case in abeyance. The deadline to file any subsequent motions was set as October 1, 2024.

4. The *Borochov* Petition was filed on September 9, 2024. The Response was due October 11, 2024, so the Court granted a third unopposed motion to extend the abeyance.

5. On October 23, 2024, the *Borochov* petition was distributed for conference. On October 29, 2024, the Supreme Court requested a response brief, due by November 29, 2024. As a result, this Court granted Plaintiffs-Appellants' fourth unopposed motion and extended the abeyance until January 31, 2025.

6. On January 13, 2025, the Supreme Court invited the Solicitor General to file a brief in *Borochov* outlining the position of the United States. Subsequently, this Court granted Plaintiffs-Appellants' fifth unopposed motion and extended the abeyance until April 1, 2025. However, as of the time of filing this Motion, the Solicitor General has not filed the requested brief and the Petition in *Borochov* remains pending.

7. Therefore, Plaintiffs-Appellants respectfully request that this Court continue holding in abeyance all proceedings in this matter, including the briefing schedule, for an additional sixty (60) days, until June 1, 2025.

8. Counsel for Plaintiffs-Appellants has conferred with the court-appointed amicus counsel, Ms. Greenaway, and she has no objection to continuing the abeyance.

Respectfully submitted,

  /s/ Kevin A. Hoffman
Randy D. Singer, Esq. (DCD Bar No. VA057)
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
Maryam M. Atty, Esq. (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs-Appellants*