# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALLAN ROBERTS et al.,           ) | |
|                                       ) | |
| **Plaintiffs-Appellants,**     ) | |
|                                       ) | |
| **v.**                                    ) | Case No. 23-7106 |
| ISLAMIC REPUBLIC OF IRAN et al.,   ) | |
| **Defendants-Appellees.**     ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1) and based on the recent denial of the petition for writ of certiorari in *Borochov v. Islamic Republic of Iran*, the undersigned counsel, without objection from the appointed amicus curiae counsel, hereby stipulates that the above appeal shall be dismissed without prejudice. Parties shall bear their own costs on appeal.

                                                                                   Respectfully submitted,

                                                                               /s/ Kevin A. Hoffman
                                              Randy D. Singer, Esq. (DCD Bar No. VA057)
                                              Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
                                              Maryam M. Atty, Esq. (DCD Bar No. VA137)
                                              SINGER HOFFMAN, LLC
                                              1209A Laskin Road
                                              Virginia Beach, VA 23451
                                              Phone: (757) 301-9995
                                              Facsimile: (757) 233-1084
                                              Email: randy.singer@singerhoffman.com
                                              Email: kevin.hoffman@singerhoffman.com
                                              Email: maryam.atty@singerhoffman.com
                                              *Counsel for Plaintiffs-Appellants*